# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| **ROBBI BABBITT,** § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 9:18-cv-00132 |
| v. § | |
| § | |
| **XEROX CORPORATION,** § | |
| **PRUDENTIAL FINANCIAL INC.,** § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge Zack Hawthorn for all pretrial matters. [Dkt #14]. The court has received Judge Hawthorn's report on June 13, 2019, which recommends granting Defendants Xerox Corporation ("Xerox") and Prudential Financial Inc's ("Prudential") Motions for Summary Judgment [Dkts. #36 and #37] and dismissing Plaintiff Robbi Babbitt's complaint. [Dkt. #45]. Neither party have filed any objections to Judge Hawthorn's report and recommendation, and the time for so doing has passed.

In accordance with 28 U.S.C. § 636(b) the court conducted a *de novo* review of the Magistrate Judge's findings, the record, and the applicable law in this proceeding. After review, the court finds that Judge Hawthorn's findings and recommendations should be accepted.

Accordingly, the court **ORDERS** that the Magistrate Judge's report and recommendation [Dkt. #45] is **ADOPTED** and that Plaintiff Babbitt's complaint is **DISMISSED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** July 5, 2019.

_____
Ron Clark, Senior District Judge